IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER DORAN,** | : | 3:13cv1756 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| **v.** | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of Social Security,** | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 17th day of September 2014, it is hereby **ORDERED** that:

1. The Clerk of Court shall enter judgment in favor of Defendant, the Commissioner of Social Security, and against Plaintiff Peter Doran, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying plaintiff's applications for Social Security Disability Insurance Benefits and Supplemental Security Income Benefits is **AFFIRMED** and the plaintiff's appeal is **DENIED**.

3. The Clerk of Court is directed to close this case.

                                            **BY THE COURT:**

                                        **s/   James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**